```
                    UNITED STATES DISTRICT COURT
                     SOUTHERN DISTRICT OF OHIO
                         WESTERN DIVISION
```

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | : | NO. 1:98-CR-00126 |
| v. | : | **OPINION AND ORDER** |
| LOUIS STEVENSON | : |  |

This matter is before the Court on Defendant's Motion to Reconsider the Court's Order Denying Defendant's Motion to Reduce Sentence Pursuant to 18 U.S.C. § 3582(c)(2) (doc. 102). For the reasons stated herein, the Court DENIES Defendant's motion.

On April 22, 2008, the Court issued an Order denying Defendant's Motion for Retroactive Application of Sentencing Guidelines to Crack Cocaine Offense Pursuant to 18 U.S.C. § 3582(c)(2) in a Disputed Disposition Case (doc. 100). Defendant now moves the Court to reconsider its denial of the motion, based on additional materials that were submitted by the Defendant to the United States Probation Department, but were not forwarded to the Court for review (doc. 102). The Probation Officer who prepared Defendant's Post-Sentencing Addendum recommending the Court deny Defendant's motion, indicated to the Court that this material was taken into account in preparing the Addendum, but admits that, due to an oversight, these documents were not submitted to the Court for its review.

The Court has now had the opportunity to review the materials submitted by Defendant, which include letters from Defendant's family and friends, Defendant's statement to the Court, and documentation of the numerous programs Defendant has successfully completed while incarcerated (doc. 102). The Court commends Defendant for what he has accomplished while in prison, and notes the extraordinary support of Defendant's family and friends. However, when viewed as part of the record as a whole, the Court finds that this additional information does not mandate reconsideration.

Therefore, the Court DENIES Defendant's Motion for Reconsideration (doc. 102).

SO ORDERED.

Dated: May 13, 2008          /s/ S. Arthur Spiegel
                             S. Arthur Spiegel
                             United States Senior District Judge